# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Emelina Webber, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>McDonald's Corporation,<br><br>Defendant. | 7:20-cv-02058 (KMK)<br><br>**DECLARATION OF SARAH L. BREW** |

I, SARAH L. BREW, declare as follows:

1. I am a member of the State Bar of Minnesota and am admitted *pro hac vice* to practice before this Court in the above-captioned matter. (Dkt. 10.) I am a partner at the law firm Faegre Drinker Biddle & Reath LLP and counsel for Defendant in this matter. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify truthfully to these facts.

2. I make this declaration in support of Defendant's pre-motion letter requesting a conference regarding its motion to dismiss Plaintiff's First Amended Complaint ("FAC").

3. During a telephone conference with Plaintiff's counsel on October 6, 2020, I requested a copy of the "consumer survey" referenced in paragraph 26 of the FAC. Plaintiff's counsel refused to provide a copy of the survey.

///

///

///

US.129804558.01

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 27th day of October, 2020, in Minneapolis, Minnesota.

_____
SARAH L. BREW

2